Russell S. Thompson, IV (Cal. Bar No. 325944)
Elliot Rosenberger (Cal. Bar No. 298837)
Thompson Consumer Law Group, P.C.
5235 E. Southern Ave. D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@thompsonconsumerlaw.com
erosenberger@thompsonconsumerlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emily Armstrong and Jessie Bartholomew, | Case No. 2:20-cv-00499-KJM-AC |
| Plaintiffs, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| Santander Consumer USA, Inc. dba Chrysler Capital, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 19, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Russell S. Thompson, IV | s/ Chad R. Fuller |
| Elliot Rosenberger (Cal. Bar No. 98837) | Chad R. Fuller, Bar No. 190730 |
| Russell S. Thompson, IV (Cal. Bar No. 325944) | TROUTMAN SANDERS LLP |
| Thompson Consumer Law Group, P.C. | chad.fuller@troutman.com |
| 5235 E. Southern Ave. D106-618 | 11682 El Camino Real Suite 400 |
| Mesa, AZ 85206 | San Diego, CA 92130 |
| Telephone: (602) 845-5968 | Telephone: 858-509-6056 |

Joint Stipulation of Voluntary Dismissal - 1

Facsimile: (866) 317-2674　　　　　　　　　　Facsimile: 858-509-6040
erosenberger@thompsonconsumerlaw.com　　　Attorneys for Defendant
rthompson@thompsonconsumerlaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on August 19, 2020, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　s/ Russell S. Thompson, IV
　　　　　　　　　　　　　　　　　　Russell S. Thompson, IV